IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **JOHN JOHNSON, # 137820** | § | **PETITIONER** |
| | § | |
| v. | § | CIVIL NO.: 1:14cv444-HSO-JCG |
| | § | |
| **MISSISSIPPI DEPARTMENT OF CORRECTIONS, and MARSHALL L. FISHER** | § | **RESPONDENT** |

## FINAL JUDGMENT

Before the Court is the Report and Recommendation [13] of United States Magistrate Judge John C. Garguilo entered in this case on July 1, 2015. The Court, by separate Order entered this date, has adopted the Magistrate Judge's Proposed Finding of Fact and Recommendation as the finding of this Court and granted Respondent's Motion to Dismiss [8] the Petition for Writ of Habeas Corpus [1].

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Petition for Writ of Habeas Corpus [1] is **DISMISSED**.

**SO ORDERED AND ADJUDGED**, this the 3rd day of August, 2015.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE