IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| JOHN JOHNSON, # 137820 | § | PETITIONER |
| | § | |
| v. | § | CIVIL NO.: 1:14cv444-HSO-JCG |
| | § | |
| MISSISSIPPI DEPARTMENT OF CORRECTIONS, and MARSHALL L. FISHER | § § § | RESPONDENT |

## CERTIFICATE OF APPEALABILITY

     A final order adverse to the applicant having been filed in the captioned case, in which the detention complained of arises out of process issued by a state court or a proceeding pursuant to 28 U.S.C. § 2254, or the detention arises out of a judgment and conviction in federal court which is being challenged pursuant to 28 U.S.C. § 2255, the Court, considering the record in this case and the requirements of 28 U.S.C. § 2253, Rule 22(b) of the Federal Rules of Appellate Procedure, and Rule 11 of the Rules Governing Section 2254 and 2255 Cases in the United States District Courts, hereby finds that:

   X   A Certificate of Appealability should not issue. The applicant has failed to make a substantial showing of the denial of a constitutional right.

   ___   A Certificate of Appealability should issue for the following specific issue(s):

REASONS:

Petitioner has not made a "substantial showing of the denial of a constitutional right." *See* 28 U.S.C. § 2253(c)(2); *Elizalde v. Dretke,* 362 F.3d 323, 328 (5th Cir. 2004). The Petition [1], the record, and relevant legal authorities do not demonstrate that Petitioner is entitled to relief under 28 U.S.C. § 2254. *See* Order Adopting [13] Report and Recommendation, Granting [8] Motion to Dismiss, and Dismissing [1] Petition for Writ of Habeas Corpus.

DATE: August 3, 2015.

                                *s/ Halil Suleyman Ozerden*
                                HALIL SULEYMAN OZERDEN
                                UNITED STATES DISTRICT JUDGE